426

Jose Luis CHAVEZ–QUINTANA;
Gloria Maria Garcia,
Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–70254.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Charles E. Nichol, Esq., Law Office of Charles E. Nichol, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Stacy S. Paddack, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Luis Chavez–Quintana and Gloria Maria Garcia, husband and wife and natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's ("IJ") decision de-

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

nying their applications for cancellation of removal. We dismiss the petition for review.

Petitioners' contention that the IJ violated their due process rights by disregarding a doctor's testimony concerning their daughter's intellectual functioning is not a colorable constitutional claim, but rather an argument that the agency abused its discretion in assessing the evidence. See *Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("[t]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

